UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RIMA RAULINAITIS and SIGITAS RAULINAITIS,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>        Defendant - Appellee. | No. 12-56508<br><br>D.C. No. 2:11-cv-08026-MWF-JCG<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

The opening brief submitted on August 16, 2012 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Liora Anis
                                      Deputy Clerk