August 25, 2012

Office of the Clerk
James R. Browning Courthouse
U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

> Re:  Birdt v. LASD, et al., 12-55115
>      Thompson v. LASD, 12-56236
>      Raulinaitis v. LASD, 12-56508

Dear Clerk of the Court:

The three cases above are all substantially related and involve the same issue and the same central parties and counsel.  The issue is denial of an application for a permit to carry a concealed weapons permit based upon the Sheriffs Department requirement that an applicant demonstrate a clear and present danger to establish good cause in violation of the Second Amendment.

Plaintiffs have submitted opening briefs in all three cases along with the excerpt of record well in advance of the due dates.  There are no transcripts to prepare.  Plaintiffs have also waived reply briefs and oral arguments if it will expedite these appeals.

I write to request that the cases be consolidated before the same panel and that the answering brief dates in Raulinaitis and Thomson be advanced to coincide with the first case, which has already been continued to October 1st, 2012 and that the three matters thereafter be deemed submitted to the Panel.

Thank you for your attention to this matter.

> Respectfully,
> /s/
> Jonathan W. Birdt