FILED

SEP 26 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIMA RAULINAITIS and SIGITAS RAULINAITIS,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>    Defendant - Appellee. | No. 12-56508<br><br>D.C. No. 2:11-cv-08026-MWF-JCG<br>Central District of California, Los Angeles<br><br><br>ORDER |

  Based on a review of the Mediation Questionnaire, this case is not selected for inclusion in the Mediation Program. The existing briefing schedule remains in effect. Counsel for any party interested in obtaining assistance from the court in pursuing settlement of the case on appeal or learning more about the Mediation Program is encouraged to contact Roxane G. Ashe, Circuit Mediator, by fax (415) 355-8566. The communication will be kept confidential, if requested, from the other parties in the case.

  Counsel are requested to send copies of this order to their clients.

                FOR THE COURT


                By: Virna L. Sanchez
                Deputy Clerk

VLS/Mediation