# Law Office of Jonathan W. Birdt

18252 Bermuda St.                                                            Porter Ranch, CA 91326

November 12, 2014

Clerk of The Court
9th Circuit Court of Appeals

    Re:    Birdt v. LASD, No. 12-55115 [DC# CV-08377-JAK]
             Thomson v. LASD, No. 12- 56236 [DC# CV-06154-SJO]
             Raulinaitis v. LASD, No. 12-56508 [DC# 2:11-cv-08026]

Dear Clerk of the Court,

     Each of the three above cited cases have been fully briefed to this Court on the singular issue of the Defendants definition of good cause.This Court issued an order today denying all requests to intervene in Peruta v. County of San Diego, 742 F.3d 1144 making its' decision final and not subject to further challenge. Given that these cases are limited to the single issue of whether Defendants policies of requiring proof of Clear and Present Danger to satisfy the 'good cause' requirement violate Plaintiffs Second Amendment Rights, a legal issue now firmly resolved, there seems no need to further address these matter before the 9th Circuit. As such, Plaintiffs respectfully request summary remand with mandate directing the Trial Court to enter a new order Granting Plaintiffs motion for Summary Judgment.

                                                              Respectfully,

                                                               /s/
                                                               Jonathan W. Birdt

Phone 818-400-4485          Fax 818-428-1384          Email: jon@jonbirdt.com