UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIMA RAULINAITIS and SIGITAS RAULINAITIS,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>        Defendant - Appellee. | No. 12-56508<br><br>D.C. No. 2:11-cv-08026-MWF-JCG<br>Central District of California, Los Angeles<br><br>ORDER |

Appellant's request, filed on November 12, 2014, to summarily remand this action is denied. This case is stayed pending this court's mandate in *Peruta v. County of San Diego*, 10-56971, or further order of the court.

For the Court:

MOLLY C. DWYER
Clerk of Court

Halina Larman
Case Management Attorney
Ninth Circuit Rule 27-7/Advisory
Note to Rule 27
and Ninth Circuit 27-10